UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/12/2026__

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, et al.

                        Petitioners,

        -v-

FWP PANELS INC.,

                       Respondent.

-----------------------------------------------------------------------X

25-cv-10112 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will treat the petition as a motion for summary judgment. Respondent shall have until February 25, 2026 to respond. Absent a timely response, the Court will treat the petition as an unopposed motion for summary judgment. Petitioner shall serve a copy of this Order on respondent no later than February 13, 2026 and shall file proof of service on the docket.

       SO ORDERED.

Dated: February 12, 2026
      New York, New York
                            LEWIS J. LIMAN
                        United States District Judge